November 2, 2005

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 3 - 2005
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Magistrate George H. Lowe
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13260

    Re:        Kalamas v. Town of Denmark, et al.
    Our File:   H10092
    CV No.:    7:05-CV-1248

Dear Sir/Madam:

    Please be advised that this office is appearing for the Town of Denmark in the above-captioned matter and we have just received this file.

    Attorney William Borrill has agreed to an extension through December 2, 2005 for the Town of Denmark to submit an answer to the plaintiff's complaint. This office would respectfully request Court approval of this short extension.

                            Respectfully submitted,

                            Paul V. Mullin
                            Direct Dial No.: (315) 362-8932
                            pmullin@sugarmanlaw.com

PVM/sm

cc:    William Borrill, Esq.
       23 Oxford Road
       New Hartford, New York 13413

SO ORDERED:

*George H. Lowe* (signature)

Magistrate George H. Lowe

NOV 3 2005